25-05076MB

**AFFIDAVIT**

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019. Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, Maryland. There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my 19-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property. I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCEL:**

2. This affidavit is made in support of an Application and Affidavit for Search Warrant for a United States Postal Service (USPS) Priority Mail Express (PME) parcel. The parcel has tracking number 9470 1379 0324 4999 2718 77, with prepaid postage, postmarked from Tucson, Arizona on May 27, 2025. It has a return address of "F. Jones, Jones Inc., 419 E. Navajo Rd., Tucson AZ 85705" and is addressed to "W. Buchanan, C/O George Kuffner, 2749 N Newcastle Ave,

Chicago IL 60707-1738". The article consists of a USPS PME padded flat rate envelope measuring 9.5" x 12.5" and weighs approximately 2 pounds. It is hereafter referred to as "SUBJECT PARCEL 1".

## BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE USPS DRUG MAIL PROFILING PROGRAM:

3. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southern Arizona international border is a leading area for the entry of controlled substances from Mexico into the U.S. Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States, primarily to the large metropolitan areas in the eastern United States and Puerto Rico. It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail. By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

4. Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona and California, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious characteristics common to mailings of drugs and drug proceeds. While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

    a. Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

   b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

   c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

   d. The postage was paid with a manner which leaves no trail identifying the mailer.

5. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

6. Since November of 2024, I have been investigating USPS parcels which contained methamphetamine. These parcels are utilizing an EasyPost commercial account number to create USPS shipping labels and to pay for the postage.

7. On November 26, 2024, I opened and searched with consent a USPS PME parcel and located approximately 63 grams of methamphetamine and 5 grams of marijuana concealed inside. That parcel had tracking number 9470 1379 0324 4999 2584 58, with prepaid postage, postmarked from Tucson, Arizona on November 13, 2024. It had a return address of "Tommy Newsome, Pro Logic Gate Solutions LLC, 3214 N. Romero Rd, Tucson AZ 85705" and was addressed to "Dwain Homan, 144 Elderberry Ln, Gerrardstown WV 25420-3162". The article consisted of a USPS PME mailing envelope measuring 9" x 12" and weighed approximately 7.6 ounces. It is hereafter referred to as "SUBJECT PARCEL 2".

8. On November 27, 2024, I applied for and was subsequently granted a federal search warrant (24-09783MB) by United States Magistrate Judge Michael A. Ambri for a USPS PME parcel. That parcel had tracking number 9470 1379 0324 4999 2584 65, with prepaid postage, postmarked from Tucson, Arizona on November 13, 2024. It had a return address of "Tommy Newsome,

Pro Logic Gate Solutions LLC, 3214 N. Romero Rd, Tucson AZ 85705" and was addressed to "Carl Grossman, Hampton Inn: Hold For Incoming Guest Carl Grossman, 350 Morris Ave, Denville NJ 07834-1366". The article consisted of a USPS PME mailing envelope measuring 9" x 12" and weighed approximately 7.1 ounces. It is hereafter referred to as "SUBJECT PARCEL 3".

9. On December 2, 2024, I opened and searched SUBJECT PARCEL 3 and located 26 grams of methamphetamine inside.

10. On December 12, 2024, I applied for and was subsequently granted a federal search warrant (24-10049MB) by United States Magistrate Judge Eric J. Markovich for a USPS PME parcel. The parcel had tracking number 9470 1379 0324 4999 2610 07, with prepaid postage, postmarked from Tucson, Arizona on December 10, 2024. It had a return address of "J. Simpson, Ghost Control Products LLC, 419 E. Navajo Rd, Tucson AZ 85705" and was addressed to "Katie Gustafson, 1118 County Road K, Wisconsin Dells WI 53965-8975". The article consisted of a USPS PME mailing envelope measuring 9" x 12" and weighed approximately 7.0 ounces. It is hereafter referred to as "SUBJECT PARCEL 4".

11. On December 12, 2024, I opened and searched SUBJECT PARCEL 4 and located 31 grams of methamphetamine inside.

12. On December 19, 2024, I applied for and was subsequently granted a federal search warrant (24-11969MB) by United States Magistrate Judge Lynnette C. Kimmins for a USPS PME parcel. The parcel had tracking number 9470 1379 0324 4999 2612 05, with prepaid postage, postmarked from Tucson, Arizona on December 13, 2024. It had a return address of "H. Sanchez, Get Up LLC, 4145 E Fairmount St, Tucson AZ 85712" and was addressed to "Dwain Homan, 144 Elderberry Ln, Gerrardstown, WV, 25420-3162". The article consisted of a USPS

PME mailing envelope measuring 9" x 12" and weighed approximately 10 ounces. It is hereafter referred to as "SUBJECT PARCEL 5".

13. On December 20, 2024, I opened and searched SUBJECT PARCEL 5 and located 94 grams of methamphetamine and 12 grams of marijuana inside.

14. On January 7, 2025, I learned a new EasyPost account number was created to continue to create shipping labels related to this methamphetamine drug trafficking organization (DTO).

15. On January 17, 2025, I accessed United States Postal Service (USPS) databases and business records to locate recently created shipping labels associated to EasyPost account number 6554206. I learned that two USPS parcels were scanned as "accept or pickup" at the Tucson Main Post Office on January 16, 2025, at approximately 7:37 p.m.

16. One of the parcels had tracking number 9405 5379 0324 4999 0180 18, with prepaid postage, postmarked from Tucson, Arizona on December 13, 2024. It had a return address of "Viper Controls LLC, 2335 N. 2nd Ave., Tucson AZ 85705" and was addressed to "Jack Brown, 818 Flossmoor Ave, Waukegan IL 60085-2536". The article consisted of a USPS PM small flat rate box measuring 8.5" x 5.5" x 2". It is hereafter referred to as "SUBJECT PARCEL 6".

17. On January 17, 2025, I notified United States Postal Inspector Benjamin Whelan (Whelan) that SUBJECT PARCEL 6 was destined to his area of responsibility and that it would probably contain methamphetamine.

18. On January 23, 2025, Whelan informed me, SUBJECT PARCEL 6 was opened and searched pursuant to a federal search warrant and found to contain approximately 9 grams of methamphetamine.

19. On January 22, 2025, I applied for and was subsequently granted a federal search warrant (25-05605MB) by United States Magistrate Judge Lynnette C. Kimmins for a USPS PME parcel.

The parcel had tracking number 9470 1379 0324 4999 2628 20, with prepaid postage, postmarked from Tucson, Arizona on January 17, 2025. It had a return address of "Viper Controls LLC, 2335 N. 2nd Ave., Tucson AZ 85705" and was addressed to "William Neid, 137 Cumberland Trail Rd, Cross Junction VA, 22625-1813". The article consisted of a USPS PME padded flat rate envelope measuring 9" x 12" and weighed approximately 3 pounds and 1 ounce. It is hereafter referred to as "SUBJECT PARCEL 7".

20. On January 22, 2025, I opened and searched SUBJECT PARCEL 7 and located 61 grams of methamphetamine inside.

21. On February 4, 2025, I applied for and was subsequently granted a federal search warrant (25-05618MB) by United States Magistrate Judge Lynnette C. Kimmins for a USPS PM parcel. The parcel had tracking number 9405 5379 0324 4999 0475 82, with prepaid postage, postmarked from Tucson, Arizona on January 29, 2025. It had a return address of "Hal Green, Ace Industrial Tools, 2303 N. 3rd Ave., Tucson AZ 85705" and was addressed to "Jack Brown, 818 Flossmoor Ave, Waukegan IL 60085-2536". The article consisted of a USPS PM small flat rate box measuring 8.5" x 5.5" x 2" and weighed approximately 4.4 ounces. It is hereafter referred to as "SUBJECT PARCEL 8".

22. On February 4, 2025, I opened and searched SUBJECT PARCEL 8 and located 8 grams of methamphetamine inside.

23. On February 6, 2025, I learned a new EasyPost account number was created to continue to create shipping labels related to this methamphetamine drug trafficking organization (DTO).

24. On February 21, 2025, Postal Inspector James McFeely applied for and was subsequently granted a federal search warrant (25-00189MB) by United States Magistrate Judge Eric J. Markovich for a USPS PM parcel. The parcel had tracking number 9405 5379 0324 4999 0475

82, with prepaid postage, postmarked from Tucson, Arizona on January 29, 2025. It had a return address of "Tom Askew, Ghost Controls-Sensor Divisn, 3003 N Alvernon Way, Tucson AZ 85712" and was addressed to "E. Haskell, 1519 Huron Ct, Sturgeon Bay WI 54235-1329". The article consisted of a USPS PM small flat rate box measuring 8.5" x 5.5" x 2" and weighed approximately 3.9 ounces. It is hereafter referred to as "SUBJECT PARCEL 9".

25. On February 25, 2025, Inspector McFeely opened and searched SUBJECT PARCEL 9 and located 10 grams of methamphetamine inside.

26. On February 28, 2025, Inspectors in Pennsylvania seized 11.3 grams of methamphetamine in a USPS PM parcel associated with this case. That parcel had a return address of "Tom Askew, Ghost Controls-Sensor Divisn, 3003 N Alvernon Way, Tucson AZ 85712" and was addressed to "D. Pass, 10 Runnemede Ave Apt 2, Lansdowne, PA 19050"

27. On March 24, 2025, I applied for and was subsequently granted a federal search warrant (25-05721MB) by United States Magistrate Judge Lynnette C. Kimmins for a USPS PM parcel.

28. The parcel had tracking number 9470 1379 0324 4999 2671 77, with prepaid postage, postmarked from Tucson, Arizona on March 17, 2025. It had a return address of "J. Silva, Matrix Controls Sensor Divisio, 1227 N. 3rd Ave, Tucson AZ 85705" and was addressed to "Dewey Taylor, 603 Thompson Dr, Spooner WI 54801-7209". The article consisted of a USPS PME padded flat rate envelope measuring 9.5" x 12.5" and weighed approximately 12.0 ounces. It is hereafter referred to as "SUBJECT PARCEL 10".

29. On March 24, 2025, I opened and searched SUBJECT PARCEL 10 and located 170 grams of methamphetamine inside.

30. During the investigation, I was able to identify the person responsible for mailing these USPS parcels, hereinafter referred to as "SUSPECT".

31. On April 1, 2025, a Global Positioning Satellite (GPS) tracker warrant was obtained for SUSPECT'S vehicle. I successfully deployed the GPS tracker on SUSPECT'S vehicle on April 2, 2025.

32. On April 18, 2025, I applied for and was subsequently granted a federal search warrant (25-04879MB) by United States Magistrate Judge Maria S. Aguilera for a USPS PM parcel.

33. The parcel had tracking number 9405 5379 0324 4999 2180 36, with prepaid postage, postmarked from Tucson, Arizona on April 8, 2025. It had a return address of "J. Stevens, Southwest Alarm Controls, 4145 E. Fairmount St, Tucson AZ 85712" and was addressed to "Sydnie Fassbender, 2504 Oriole St, Slidell LA 70460-3342". The article consisted of a USPS PM small flat rate box measuring 8.5" x 5" x 2" and weighed approximately 4.6 ounces. It is hereafter referred to as "SUBJECT PARCEL 11".

34. On April 18, 2025, I opened and searched SUBJECT PARCEL 11 and located 10 grams of marijuana inside.

35. I confirmed SUBJECT PARCEL 11 was shipped by SUSPECT via surveillance cameras and the GPS tracker placed SUSPECT'S vehicle at the post office.

36. On April 28, 2025, I was made aware SUSPECT traveled to the Casas Adobes Post Office in Tucson, Arizona via the GPS tracker.

37. On April 29, 2025, I accessed USPS databases to locate the parcel mailed by SUSPECT. The parcel had tracking number 9470 1379 0324 4999 2706 96, with prepaid postage, postmarked from Tucson, Arizona on April 28, 2025. It had a return address of "D. Jones, Titan Alarms LLC, 320 S. 6th Ave., Tucson AZ 85701" and was addressed to "Kelsey Swanson, 111 Bank St #1009, Grass Valley CA 95945-6518". The article consisted of a USPS PME padded flat rate

envelope measuring 9.5" x 12.5" and weighed approximately 10 ounces. It is hereafter referred to as "SUBJECT PARCEL 12".

38. On May 2, 2025, I applied for and was subsequently granted a federal search warrant (25-05952MB) by United States Magistrate Judge Lynnette C. Kimmins for SUBJECT PARCEL 12.

39. On May 2, 2025, I opened and searched SUBJECT PARCEL 12 and located $5,000.00 in US currency concealed inside the parcel.

40. On May 17, 2025, I was made aware SUSPECT entered the Mt. View Post Office parking lot at approximately 3:12 p.m. via the GPS tracker.

41. On May 17, 2025, I accessed surveillance cameras at the Mt. View Post office and observed SUSPECT enter the Post Office with a parcel.

42. On May 17, 2025, I contacted a USPS supervisor at the Mt. View Post Office and requested he send me the parcel mailed by SUSPECT. SUSPECT mailed a USPS parcel with tracking number tracking number 9470 1379 0324 4999 2714 02, with prepaid postage, postmarked from Tucson, Arizona on May 15, 2025. It had a return address of "F. Jacobson, Southwest Gate and Alarms LLC, 724 N. 10th Ave., Tucson AZ 85705" and was addressed to "Alex Hill, 12-7045 Kaiwa St #103, Pahoa HI 96778-6806". The article consisted of a USPS PME padded flat rate envelope measuring 9.5" x 12.5" and weighed approximately 15 ounces. It is hereafter referred to as "SUBJECT PARCEL 13".

43. On May 19, 2025, I applied for and was subsequently granted a federal search warrant (25-01966MB) by United States Magistrate Judge Bruce G. Macdonald for SUBJECT PARCEL 13.

44. On May 19, 2025, I opened and searched SUBJECT PARCEL 13 and located $3,000.00 in US currency concealed inside the parcel.

45. On May 27, 2025, I was made aware SUSPECT entered the Tucson Main Post Office's parking lot at approximately 6:36 p.m. via the GPS tracker.

46. On May 28, 2025, I accessed surveillance cameras at the Tucson Main Post Office and observed SUSPECT enter the Post Office with a parcel and deposit it into a collection box in the PO Box Section of the Post Office.

47. On May 28, 2025, I accessed USPS databases and business records to locate the parcel mailed by SUSPECT. That parcel was SUBJECT PARCEL 1.

48. On May 28, 2025, I requested SUBJECT PARCEL 1 be sent to me in Tucson, Arizona.

49. On May 30, 2025, I received SUBJECT PARCEL 1 and learned the following:

    a. It was mailed from Tucson, Arizona, which is an area I know to be a source area for drug parcels.

    b. It has a tracking number. From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

    c. It was paid for in a manner to keep the anonymity of the sender from being identified by law enforcement.

    d. It had the EasyPost account number related to this DTO.

50. On May 30, 2025, I accessed "Thomson Reuters CLEAR" to check for records of the names and addresses listed on SUBJECT PARCEL 1. Thomson Reuters CLEAR is an online service that provides an extensive collection of public records used primarily by corporate security departments and law enforcement agencies nationwide for investigative purposes. There were no current records associating the sender with the corresponding address listed on the parcel. W. Buchanan and George Kuffner did associate to the receiving address.

51. Canine Examination:

    a. On June 2, 2025, at approximately 7:40 a.m., I met with Supervisory Border Patrol Agent Canine Handler Ray Herrera and his canine partner Dell. Agent Herrera's canine is trained and certified to detect the odors of marijuana, heroin, cocaine, methamphetamine and their derivatives. I placed SUBJECT PARCEL1 in a cleared area for examination by Agent Herrera and Dell. Agent Herrera informed me that Dell alerted to SUBJECT PARCEL 1 indicating the presence of narcotics or a controlled substance, or other evidence with an odor of narcotics or a controlled substance within the parcel.

52. Based on the facts set forth in this affidavit, I believe there is probable cause to show that SUBJECT PARCEL 1 contains controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of 21 U.S.C. § 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance.

53. This affidavit is submitted for the limited purpose of seeking authorization to search SUBJECT PARCEL 1. Your Affiant has not set forth each and every fact known to him regarding the investigation.

*William P. Akins*

William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
this 2nd day of June, 2025

*Maria S. Aguilera*

Maria S. Aguilera
United States Magistrate Judge