# RETURN

☒ FILED   ☐ LODGED
**Jun 02 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 25-05076MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6-2-25 | 6-2-25 12:55PM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**
W. Akins / J. McFeely

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

120 grams of methamphetamine
120 grams of marijuana
Packaging material

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 6-2-25

Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title